NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KIERAN ADAMS, DOC #H51734,       )
                                 )
           Appellant,            )
                                 )
v.                               )        Case No. 2D18-4732
                                 )
STATE OF FLORIDA,                )
                                 )
           Appellee.             )
                                 )
_____  )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public Defender,
and Tosha Cohen, Assistant Public
Defender, Bartow, for Appellant.

Kieran Adams, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

           Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.